UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN POSTAL WORKERS UNION, )
AFL-CIO )
1300 L Street, N.W. )
Washington, D.C. 20005, )
  )
      Plaintiff, )
  )
v. )   Civil Action No.1:05CV01771
  )
UNITED STATES POSTAL SERVICE, )
475 L'Enfant Plaza, S.W. )
Washington, D.C. 20260, )
  )
      Defendant. )
_____ )

AFFIDAVIT OF SERVICE

I, Talaia Lewis, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On September 10, 2005, the following party was served with the summons and complaint in this matter by certified mail, return receipt requested, as follows:

    Civil Process Clerk
    U.S. Attorney for the District of Columbia
    555 4th Street, NW
    Washington, DC 20001

True copy of the signed return receipt is attached.

Dated: September 29, 2005

                                           Talaia Lewis

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>SEP 1 0 2005 |
| 1. Article Addressed to:<br><br>Civil Process Clerk at Office of<br>United States Attorney<br>District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 2260 0005 5302 3303 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540