UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **American Postal Workers Union,** ) <br> **AFL-CIO** ) <br> 1300 L Street, NW, Suite 1200 ) <br> Washington, D.C.  20005, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **United States Postal Service,** ) <br> 475 L'Enfant Plaza, SW ) <br> Washington, D.C.  20260, ) <br> ) <br> Defendant. ) | Civil Action No. 05-1771 (HHK) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372