UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **American Postal Workers Union**, **AFL-CIO,** | ) ) ) | |
| **Plaintiff**, | ) ) | |
| v. | ) ) | Civil Action No. 05-1771 (HHK) ECF |
| **United States Postal Service**, | ) ) ) | |
| **Defendant.** | ) ) | |

## DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Defendant respectfully moves, under Fed. R. Civ. P. 6(b), for an enlargement of time until December 5, 2005, to file its answer or otherwise to respond to the Complaint in this case. This office conferred with Plaintiff's counsel regarding the requested enlargement. Plaintiff's counsel informed this office that Plaintiff consents to the requested relief. A proposed order consistent with this Motion is attached.

In support of this Motion, Defendant states as follows:

1. Defendant's answer currently is due by November 14, 2005.

2. Defendant anticipates filing a dispositive motion in response to the Complaint. The undersigned will need additional time to prepare and file that motion. That is, the undersigned will need additional time to familiarize himself with the issues in the case, to coordinate Defendant's response with the agency and to review any records needed to support Defendants' anticipated motion.

3. In addition, the week of November 14, 2005, the undersigned has two dispositive motions due, not including this one, and four depositions scheduled. Each of those tasks will require the undersigned's attention even in advance of their due

dates. The undersigned also is counsel of record in Woodruff v. Mineta, Appeal No. 05-5033, in which the government's appellate brief is due by November 28, 2005. The undersigned reasonably will need this requested enlargement of time to prepare and file Defendant's response to Plaintiff's Complaint.

4. Granting the enlargement of time would allow Defendant to prepare the anticipated motion, which, if granted, would dispose of the case and thus the requested enlargement also is in the interest of judicial economy.

        Respectfully submitted,

        /s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

        /s/

R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

        /s/

PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372