UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **American Postal Workers Union, AFL-CIO,**   **Plaintiff,**   v.   **United States Postal Service,**   Defendant. | Civil Action No. 05-1771(HHK) ECF |

## ORDER

For good cause shown, upon consideration of the entire record herein, the Court hereby:

GRANTS, Defendant's Motion for Enlargement of Time to file its answer or to respond to the Complaint up to and including December 5, 2005.

DATED:

_____
UNITED STATES DISTRICT JUDGE