UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **American Postal Workers Union, AFL-CIO**, )<br>)<br>**Plaintiff**,  )<br>v.  )<br>)<br>**United States Postal Service**,  )<br>)<br>)<br>Defendant.  )<br>_____ ) | Civil Action No. 05-1771(HHK)<br>ECF |

## ORDER

For good cause shown, upon consideration of the entire record herein, the Court hereby:

GRANTS Defendant's Motion to Dismiss and dismisses this case with prejudice.

DATED:

_____
UNITED STATES DISTRICT JUDGE