UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **American Postal Workers Union, AFL-CIO,** | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 05-1771 (HHK) ) |
| v. | ) ) |
| **United States Postal Service,** | ) ) |
| Defendant. | ) |

## NOTICE

To see this document, click Docket No. 7.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372