UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Postal Workers Union, AFL-CIO )<br>1300 L Street, N.W., )<br>Washington, DC 20005, )<br>     Plaintiff, )<br> v. )<br> )<br>United States Postal Service, )<br>475 L'Enfant Plaza, S.W., )<br>Washington, DC 20260, )<br>     Defendant. )<br> ) | Civil No. 05-1771 (HHK) |

## DECLARATION OF MARY HÉRCULES

I, Mary Hércules, make the following Declaration in lieu of affidavit in accordance with the provisions of 28 U.S.C. § 1746. I understand that my declaration is to be filed in the above captioned civil action in the United States District Court for the District of Columbia and that it is equivalent to a statement under oath.

1. I am over the age of 18 and am competent to testify. The statements made herein are based upon my personal knowledge, upon information made available to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

2. Since December 2004, I have been employed by the United States Postal Service as a Labor Relations Specialist in the U.S.P.S. Headquarters office that administers the American Postal Workers Union ("APWU") collective bargaining agreement ("Contract"). In that capacity, I handle a broad range of matters of concern to management and the union. These matters frequently arise in the context of the parties' grievance and arbitration process found in Article

15 of the Contract. Previously, I was employed for approximately eleven years by the Postal Service at the Postal Service Triboro District and New York Metro Area Office, as a field labor relations specialist. The Triboro District is one of eighty five offices within postal areas throughout the United States which manage postal services. N.Y. Metro Area is one of nine area offices which manage postal services throughout the United States.

3. Simplifying to some degree, Article 15 basically establishes four steps in the grievance process and two levels of arbitration. Broadly speaking, national-level arbitration, which takes place following step 4 of the grievance process, concerns disputes about the interpretation of the Contract. In contrast and again speaking broadly, district-level arbitration, which takes place following step 2 or 3 of the grievance process, concerns disputes about the application of the Contract to particular facts in a particular location. When an issue is pending at the national-level, the Contract provides that any grievances presenting that issue will be held in abeyance locally at the appropriate step until the resolution of the national-level issue.

4. As part of the responsibilities of my current position and pursuant to the Article 15 process of the Contract, I wrote to Stephen C. Maliza, Area Manager, Labor Relations in the Postal Service's Eastern Area, and instructed him to hold district level case number C00C-4C-C 03175549 because it involves the same or substantially similar issues or facts as case number Q94C-4Q-C 98117564 which is currently pending at the national level. Please find a true and correct copy of my July 18, 2005 letter to Mr. Maliza attached hereto as attachment 1.

5. On July18, 2005, I sent the APWU a copy of my July 18 letter. District-level case number C00C-4C-C 03175549 continues to be held in abeyance pending the resolution of national-level case number Q94C-4Q-C 98117564. Other similarly situated district-level cases are being held in abeyance for the same reason according to the Article 15 process described

above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing declaration is true and correct. Executed in Washington, D.C.

_____
Mary Hércules
Date: 30 Nov. 2005

Labor Relations


UNITED STATES
POSTAL SERVICE

July 18, 2005

STEPHEN C. MALIZIA

SUBJECT: Interpretive Review/Case C00C-4C-C 03175549

Pursuant to Article 15.5.B.5 of the National Agreement, the subject case was reviewed to determine whether an interpretive issue exists.

After reviewing this matter, it was determined that an issue identified in this case – whether Address Management Systems Specialists, EAS-15 are a part of the bargaining unit and/or performing bargaining unit work - involves the same or substantially similar issues or facts as Case Q94C-4Q-C 98117564 which is currently pending at the national level. Therefore, in accordance with the aforementioned contractual provisions, the grievance should be held at the area and/or district level pending further discussion at the national level or the final outcome of the pending questions regarding the national arbitration award.

Should there be any questions regarding the foregoing, please contact Mary Hércules at (202) 268-3456.

Mary Hércules
Labor Relations Specialist
Contract Administration (APWU)

cc: Greg Bell, APWU

475 L'Enfant Plaza SW
Washington DC 20260-4100
www.usps.com