UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **American Postal Workers Union, AFL-CIO**, | ) ) ) |
| **Plaintiff**, | ) |
| v. | ) Civil Action No. 05-1771(HHK) |
| | ) ECF |
| **United States Postal Service**, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

For good cause shown, upon consideration of the entire record herein, the Court hereby:

GRANTS Defendant's Motion to Dismiss and dismisses this case with prejudice.

DATED:

_____
UNITED STATES DISTRICT JUDGE