UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
AMERICAN POSTAL WORKERS UNION,      )
AFL-CIO,                            )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    Civil No. 05-1771 (HHK)
                                    )
UNITED STATES POSTAL SERVICE,       )
                                    )
        Defendant.                  )
_____ )

**<u>ORDER</u>**

Upon consideration of Defendant's Motion to Dismiss or In The Alternative For Consolidation and Stay, Plaintiff's Opposition to Defendant's Motion to Dismiss, and the entire record herein, it is this _____ day of _____, 2006, hereby

**ORDERED** that Defendant's motion is **DENIED**.

                                    _____
                                    United States District Court Judge