*O'Donnell, Schwartz & Anderson, P.C.*

*Counselors at Law*

*1300 L Street, N.W., Suite 1200*

*Washington, D.C. 20005*

(202) 898-1707
FAX (202) 682-9276

ASHER W. SCHWARTZ
DARRYL J. ANDERSON
MARTIN R. GANZGLASS
LEE W. JACKSON
ARTHUR M. LUBY
ANTON G. HAJJAR*
SUSAN L. CATLER
RICHARD S. EDELMAN
PETER J. LEFF**
MELINDA K. HOLMES
MURSHED ZAHEED
DANIEL B. SMITH***

*ALSO MD
**ALSO VA
***MD BAR ONLY

JOHN F. O'DONNELL
(1907-1993)

*1900 L Street, N.W.*
*Suite 707*
*Washington, D.C. 20036*
(202) 898-1824

September 19, 2002

Carlton Snow, Arbitrator
P.O. Box 5246
Salem, OR 97304

Re. Case Q94C-4Q-C 9811764 (EAS - AMS Specialist)

Dear Professor Snow:

I am delighted to inform you that Mindy Holmes is a new mother as of Monday, although this happy event occurred a month before it was expected. Mother and son Wesley (and father Des Hogan) are all well. I am therefore replying for her to Keith Secular's letter of September 9. I am authorized to say that if you sustain the grievance to the extent that the EMS positions should have been assigned to a bargaining unit, the APWU is willing to have the question of which unit referred to the Article 1.5 procedure, as the NALC has suggested. The question whether any part of the work of AMS personnel is clerk work is an issue which you must reach only if you find that the AMS position is properly classified as an EAS position but that the all or some of the work is craft (not EAS) work. In this event the APWU accepts the NALC's suggestion to bifurcate the case, leaving the question for you to decide on the basis of a record supplemented by NALC evidence, absent the parties' agreement.

Respectfully submitted,

Anton Hajjar

Keith Secular
Howard Kaufman