LAW.DEPARTMENT
EMPLOYMENT & LABOR LAW

 **UNITED STATES
POSTAL SERVICE**

September 26, 2002


Carlton J. Snow
P.O. Box 5246
Salem, OR 97304-0246

RE: Case No. Q94C-4Q-C 98117564 (AMS Specialist)

Dear Arbitrator Snow:

Having recently reviewed the APWU response to the NALC correspondence it is the
Postal Service position that nothing in either correspondence raises issues that
prevent you from issuing a full and final decision in this matter. Therefore, the
record should be closed and the parties should establish a due date for posthearing
briefs.

·Very truly yours,

Howard J. Kaufman
Senior Counsel NLRB

cc: K. Secular
    A. Hajjar

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-1150

FAX: 202-268-4887
WWW.USPS.COM