*O'Donnell, Schwartz & Anderson, P.C.*

*Counselors at Law*

1300 L Street, N.W., Suite 1200
Washington, D.C. 20005-4126

(202) 898-1707
FAX (202) 682-9276

DARRYL J. ANDERSON
MARTIN R. GANZGLASS
LEE W. JACKSON
ARTHUR M. LUBY
ANTON G. HAJJAR*
RICHARD S. EDELMAN
PETER J. LEFF**
MELINDA K. HOLMES
RACHEL TUMIDOLSKY°
DANIEL B. SMITH*
BRENDA C. ZWACK†

\* ALSO MD
\*\* ALSO VA
° MD BAR ONLY
† PA BAR ONLY

JOHN F. O'DONNELL
(1907-1993)
ASHER W. SCHWARTZ
(RETIRED)

1900 L Street, N.W.
Suite 800
Washington, D.C. 20036
(202) 898-1824



RECEIVED MAR 31 2004
COLLECTIVE BARGAINING AND ARBITRATION
LABOR RELATIONS

March 17, 2004

Carlton J. Snow
P.O. Box 5246
Salem, OR 97304

Re: <u>APWU and NALC and USPS</u>, Case No. Q94C-4Q-C 98117564

Dear Arbitrator Snow:

    The parties wrote you last summer concerning NALC's request that you clarify your award, a request the APWU opposes. To date, the Postal Service refuses to comply with your award, at least in part, we believe, because this request is outstanding. Moreover, as you will recall, the settlement agreement giving rise to this arbitration requires the parties to apply your decisions broadly; until the Postal Service applies your most recent award at all, we are stymied in setting another case for hearing.

    We look forward to receiving your decision on the parties' respective positions on this matter so that we may move forward with implementation of the underlying award and scheduling the remaining cases under the settlement to the extent your award does not resolve them.

Yours very truly,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By: _____
Melinda K. Holmes

CONTRACT ADMINISTRATION
MAR 31 2004
APWU
20260-4125

cc: Howard Kaufman, USPS
    Keith Secular, NALC