UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **American Postal Workers Union**, )<br>**AFL-CIO,** )<br>1300 L Street, NW, Suite 1200 )<br>Washington, D.C. 20005, )<br>                 **Plaintiff**, )<br>    v.                         )<br>                                )<br>**United States Postal Service**, )<br>475 L'Enfant Plaza, S.W. )<br>Washington, D.C. 20260, )<br>                 **Defendant.** ) | Civil Action No. 05-1771 (HHK)<br>ECF |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Defendant respectfully moves, under Fed. R. Civ. P. 6(b), for an enlargement of time until January 10, 2006, to file its reply to Plaintiff's Opposition to Defendant's Motion to Dismiss in this case. Pursuant to Local Civil Rule 7(m), over the past several days, the undersigned counsel for Defendant tried to reach Plaintiff's counsel by telephone and e-mail to discuss the requested enlargement but has not heard from her. A proposed order consistent with this Motion is attached.

In support of this Motion, Defendant states as follows:

1. Defendant's reply currently is due by December 27, 2005.

2. The United States Postal Service will need time beyond December 27, 2005 to review and comment upon Plaintiff's filing. In addition, the undersigned expects to be out of the office during the week of December 26th and thus will need additional time, up to and including January 10, 2006, to coordinate the reply with the Postal Service and to prepare and file the reply.

3. Granting the enlargement of time would allow Defendant to prepare a thorough response to Plaintiff's Opposition to Defendant's Motion to Dismiss, which, if

granted, could dispose of the case and thus is in the interest of judicial economy.

December 21, 2005

                        Respectfully submitted,

                        /s/

                        KENNETH L. WAINSTEIN, D.C. BAR # 451058
                        United States Attorney

                        /s/

                        PETER SMITH, D.C. Bar #465131
                        Assistant United States Attorney
                        United States Attorney's Office
                        Civil Division
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        (202) 307-0372