UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **American Postal Workers Union**, **AFL-CIO** 1300 L Street, NW, Suite 1200 Washington, D.C., **Plaintiff**, v. **United States Postal Service**, 474 K'Enfant Plaza, SW Washington, D.C., 20260, Defendant. | Civil Action No. 05-1771(HHK) ECF |

## ORDER

For good cause shown, upon consideration of the entire record herein, the Court hereby:

GRANTS, Defendant's Motion for Enlargement of Time to file its answer or to respond to the Complaint up to and including January 10, 2006.

DATED:

_____
UNITED STATES DISTRICT JUDGE