Mr. Carlton Snow
P.O. Box 5246
Salem, OR 97304-0246

Dear Mr. Snow:

Conditions of Appointment

This will confirm your appointment to the National Arbitration Panel established pursuant to the 1998 Agreement between the United States Postal Service and American Postal Workers, AFL-CIO (Union) for the purpose of hearing certain cases by agreement of the parties. Your appointment is effective immediately and will continue for the term of the Agreement and for 6 months thereafter (May 20, 2001), except that the parties reserve the right to terminate the appointment at any time by mutual agreement.

Fees and Expenses:

During this term, your daily fee will be $750.00.

Except as set forth below, you will be reimbursed for reasonable travel, meals, and lodging expenses, provided that you furnish vouchers or copies of receipts reflecting such expenses. The parties will not accept invoices for advance payments for travel and other costs submitted before an arbitrator distributes the award(s) to the parties. You must use the attached invoices when requesting reimbursement of expenses.

Expenses such as secretarial services, typing and mailing of award, etc., are expenses which are included in your daily fee and will not be reimbursed by the parties.

You will not be reimbursed for time spent traveling on the date of a hearing. If you travel less than four hours on the day prior to a hearing, you may only charge for one-half day of travel time. Use of your personal vehicle will be reimbursed at the standard mileage rate authorized by the GSA for use of a privately owned vehicle (currently 31 cents per mile), but total reimbursement may not exceed air travel to the location of the hearing.

All fees and expenses which you charge will be shared equally by the Union and the Postal Service, unless otherwise specified by the parties. You should submit copies of your bill and award(s) to the Postal Service and to the Union as follows:

Postal Service

Manager, Collective Bargaining & Arbitration
US Postal Service
475 L'Enfant Plaza, SW, Room 9420
Washington, DC 20260-4130

### Union

Industrial Relations Director
American Postal Workers Union, AFL-CIO
1300 L Street, NW
Washington, DC 20005-4128

### Hearing Dates:

You must notify both the Union and the Postal Service of your available hearing dates (at the aforementioned addresses). A minimum of two hearing dates will be required each month that a hearing is scheduled, unless you receive a waiver from the parties for a particular month.

### Awards:

You must use the format of the attached sample cover letters for all awards and billing invoices. In addition, you must submit a computer disk containing a copy of your award.

All awards must be mailed to the parties not later than sixty days from receipt of the parties' briefs or from the close of the hearing, whichever is later.

You must distribute copies (no carbon copies) of each award to the parties as noted above. Awards are not to be published.

### Cancellation Fees

You will be paid cancellation fees as follows:

<u>National Arbitration</u>: You will be reimbursed 2/3 of your daily fee if we give you less than five days notice that a hearing will be canceled; ½ of your daily fee if we give you less than 15 days notice that a hearing will be canceled; 1/3 of your daily fee if we give you less than 30 days notice that a hearing will be canceled; and no cancellation fee we give you 30 or more days notice that a hearing will be canceled.

In the event that you have awards outstanding, the parties may designate the day of a cancellation as a study day for an outstanding award in lieu of the reimbursement specified above.

### Conduct:

Your correspondence will be sent to the parties jointly. You should have no unilateral contact with either party, except for matters regarding scheduling and invoicing, unless the parties agree in advance to an exception.

You may not participate in any event hosted by either of the parties (seminars, training, and the like), unless the parties mutually agree.

All arbitrators are to conduct themselves consistent with the standards of professional responsibility as set forth in the "Code of Professional Responsibility for Arbitrators of Labor-Management Disputes."

Sincerely,

*Ed Ward*

Edward F. Ward, Jr.
Manager
Collective Bargaining and Arbitration
Labor Relations, Room 9420
475 L'Enfant Plaza, SW

*Greg Bell*

Greg Bell
Industrial Relations Director
American Postal Workers Union, AFL-CIO
1300 L Street, NW
Washington, DC 20005-4128

# Arbitrator's Invoice

Arbitrator: _____ Tax ID: _____ Invoice No: _____

Address: _____ _____ _____ _____
          Street                         City                    State      ZIP Code

Invoice Type (check one):   Hearing ☐   OR -   Cancelled Hearing ☐

1. Grievant: _____ USPS #: _____ APWU # _____

2. Grievant: _____ USPS #: _____ APWU # _____

3. Grievant: _____ USPS #: _____ APWU # _____

Post Office _____ Local Union Name: _____
(Provide Additional Grievance Information on Second Sheet if Necessary)

Hearing Location: _____ Hearing Date(s): _____
                   Facility Name, City, State

District: _____ Panel: _____ Award Date(s): _____

IF CANCELLED, Date Notified of Cancellation: _____

## Fees and Expenses

Instructions: For Regular Arbitration deduct 25 Percent from daily fee for every two weeks award is late. Cancellation fees are determined and paid based on date of notification. Attach legible, itemized receipts for expense claims. Do not overlap receipts for expense claims. Do not overlap receipts. Attach an explanation of expenses for cancellations, pre-arbs, flight delays and changes, unusual travel, "other" expenses, etc.

No. of Days: _____ + _____ + _____ = _____   X   $ _____   = $ _____
          Hearings   Travel   Study    Total        Daily Fee or     Total Fee
                                              Cancellation Fee

Expenses: $ _____ + $ _____ + $ _____ + $ _____ + $ _____ = $ _____
         Air   Mileage/Rental Car   Lodging   Taxi/Parking   Other   Total Expenses

Other/Explanation: _____

Meals:  Day 1  Breakfast $ _____  Lunch $ _____  Dinner $ _____  = $ _____
       Day 2  Breakfast $ _____  Lunch $ _____  Dinner $ _____  Total Meals

TOTAL: $ _____ + $ _____   = $ _____
        Payable by APWU     Payable by USPS           GRAND TOTAL

Arbitrator's Signature: _____ Date _____

APWU Vendor ID: _____

..........................................................................................................

## CERTIFICATION

This is to certify that the above named Arbitrator has performed the required services and the amount of costs, fees and expenses charged for such services is proper.
                        Signature _____    Date: _____

For USPS use only:
This is to certify that funds are available to pay these fees and expenses _____

USPS Finance No. _____ Acct. No. 56625

# ARBITRATION AWARD FORMAT GUIDE

## APWU-USPS ARBITRATION PANELS

May, 1999

## I. COVER PAGE

The purpose of the cover page is to provide basic information about the arbitration award. The attached format for the cover page illustrates the required format for the cover page of the award. The items on the required format for the cover page are self-explanatory and are currently used on the cover page of most awards.

**Caption:** Provides information about the panel type (national, regular, expedited) the parties involved, the grievant's name, the location of the post office or work-site involved, and the case number.

**Case Number:** Arbitrators should not use an abbreviated numbering system when referring to the grievance case number in arbitration awards. This could lead to possible misidentification of awards and problems with billing. Please use all fifteen digits of the USPS grievance case number on the cover page of your award. In addition, you must use all digits of the Local Union grievance number.

**Relevant Contract Topic:** The article and section(s) primarily considered by the arbitrator should be provided on the cover page (e.g. Article 8, Section 5 or Article 8.5). Reference to provisions of a handbook or manual provision should also be indicated where appropriate (e.g. ELM Section 510).

**Type of Grievance:** The grievance will typically be classified as one involving a "discipline" matter or "contract" dispute. Awards involving a local implementation dispute should be identified as "impasse."

**Award Summary:** Provide a concise statement (no longer than 180 words) of the issues, relevant facts and arguments, and the outcome, i.e. sustained or denied.

## II. BODY OF AWARDS

### a. Margins and Line Spacing

Please use 1 inch margins for the left\right margins and 1 inch for the top\bottom margins.

Spacing between lines of a paragraph should be set at 1.5 lines.

**Example of Spacing:**

**Space and One-Half**     The grievance involves the question of whether there was just cause to...

You may use single spacing for certain portions of the award such as when restating contract provisions or quotes. When restating contract provisions, you should restate only relevant provisions. Do not restate the entire article; excerpt only the relevant paragraph.

### b. Typeset and Fonts

Please use standard typefaces and fonts. The typeface and fonts we prefer are: Courier 10 point, Times 12 point, Universal 12 point, Ariel 11 point or a similar typeface and font size.

**Examples:**

```
Courier 10 point          This is a test
```
Times 12 point                This is a test
Universal 12 point       This is a test
Ariel 11 point               This is a test

### c. Footnotes and Endnotes

Footnotes are preferred over endnotes, but should be used only when necessary. Footnotes should be located at the bottom of the page, separated by a two-inch line from the body of the page, identified as "footnotes" and should be the same typeface and font size as the award.

**Example:**

Sentence in body of text with example of footnote. 1

_____

Footnotes

1. Footnote should be in same font as body of text.

### d. Page Format

Do not use multiple columns. Text should flow in one column. Graphics or tables should be submitted with the award as appendices.

(REGULAR OR EXPEDITED) ARBITRATION PANEL

---

| | | |
|---|---|---|
| In the Matter of the Arbitration | ( | Grievant: _____ |
| | ) | |
| between | ( | Post Office: _____ |
| | ) | |
| UNITED STATES POSTAL SERVICE | ( | USPS Case No: _____ |
| | ) | (enter all 15 digits) |
| and | ( | |
| | ) | APWU Case No: _____ |
| AMERICAN POSTAL WORKERS UNION, AFL-CIO | ( | |
| | ) | |

---

BEFORE: (Full Name of Arbitrator), Arbitrator

APPEARANCES:

　　For the U. S. Postal Service:　　(Management Advocate)

　　For the Union:　　(Union Advocate)

Place of Hearing:　　(Location of Facility)

Date of Hearing:　　(Full Date of Hearing)

Date of Award:　　(Full Date of Award)

Relevant Contract Provision:　　(Article and Section of Contract or Handbook/Manual Part)

Contract Year:　　(e.g., 1998-2000)

Type of Grievance:　　(discipline, contract, impasse)

　　　　　　　　Award Summary:

The award summary should be a concise statement (180 words or less) of the issues, relevant facts and arguments, and whether grievance is sustained, denied, or otherwise decided by the arbitrator.

---

(Signature of Arbitrator)