UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 04-1404 (HHK) ) |
| UNITED STATES POSTAL SERVICE, | ) ) ) |
| Defendant. | ) ) |

### ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment, any response thereto, and the entire record herein, it is this _____ day of _____, 2006, hereby

**ORDERED** that Plaintiff's Motion to for Summary Judgment is **GRANTED**. It is further,

**ORDERED** that the Postal Service comply with the arbitration award of April 28, 2003, by Arbitrator Snow regarding the AMS Specialist. It is further,

**ORDERED** that the Postal Service proceed to arbitration in or settle other grievances raising the same or similar issues as the AMS Specialist award, including the grievance arising in Asheville, North Carolina in USPS Grievance No. C00C4CC03175549. It is further,

**ORDERED** that the parties will comply with the Court's direction, to be issued separately, on the manner by which they are to select an arbitrator to replace Arbitrator Snow, such action to be completed within 30 days of the date of this order. It is further,

**ORDERED** that within 30 days of the selection of a replacement arbitrator, the Postal Service will designate the next grievance to be heard in accordance with the USPS Settlement Agreement and proceed to arbitration on that grievance forthwith.

_____
United States District Court Judge