UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN POSTAL WORKERS UNION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 04-1404 (HHK) 05-1771 |
| v. | ) ) | |
| UNITED STATES POSTAL SERVICE, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S CONSENT MOTION TO ENLARGE TIME
TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant, the U.S. Postal Service, respectfully moves for an extension of time until August 28, 2006, to file its opposition to Plaintiff's motion for summary judgment. The current deadline is tomorrow, July 12, 2006. Defendant was not able to file this motion prior to this week because agency counsel was out of the office and not available for consultation and undersigned counsel was out of the office the week before that. Over the last two days, undersigned and agency counsel have been attempting to estimate the necessary work time, and comparing their respective availability in the coming weeks in order to determine which new deadline to request.

The lengthy extension is necessary for several reasons. First, undersigned counsel has several appellate matters pending this month, and will then be unavailable the first two weeks of August. Agency counsel similarly has a hearing this coming Friday that requires his full attention through then. Thereafter, he has a large arbitration case and is serving as lead counsel in negotiating a collective bargaining agreement in yet another case. Given the complexity of the

issues involved and the relative infrequency with which this Office handles labor cases such as this one involving compliance with a collective bargaining agreement, the consultation with agency counsel is vital. Moreover, because the positions taken in this case may well have implications for the upcoming negotiations regarding renewal of the collective bargaining agreement with Plaintiff union, the Postal Service will need several addition days for internal review of any draft filings.

Plaintiff's counsel consented to this extension, explaining that she too would be unavailable at times in August and she requested September 11, 2006, as the deadline for the union's reply. This is Defendant's first request to extend this deadline. A proposed order is attached.

July 11, 2006                    Respectfully submitted,

                                 KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                 United States Attorney

                                       /s/
                                 ─────────────────────────────────
                                 ALAN BURCH, D.C. Bar # 470655
                                 Assistant United States Attorney
                                 555 4th St., N.W.
                                 Washington, D.C. 20530
                                 (202) 514-7204
                                 alan.burch@usdoj.gov