UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES POSTAL SERVICE, )<br> )<br>Defendant. )<br> ) | Civil Action No.: 04-1404 (HHK)<br>05-1771 (HHK) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Enlarge Time to Oppose Plaintiff's Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED and it is

FURTHER ORDERED that Defendant shall file its opposition to Plaintiff's motion for summary judgment on or before August 28, 2006, and it is

FURTHER ORDERED that Plaintiff shall file its reply, if any, on or before September 11, 2006.

So ordered.  This _____ day of _____, 2006.

_____
HENRY H. KENNEDY
United States District Judge