UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 04-1404 (HHK) ) |
| UNITED STATES POSTAL SERVICE, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

Upon consideration of Plaintiff's Motion to Strike Defendant's Answer, any response thereto, and the entire record herein, it is this _____ day of _____, 2006, hereby

**ORDERED** that Plaintiff's Motion to Strike Defendant's Answer is **GRANTED** and Defendant's answer [dkt. # 21] is struck from the record.

_____
United States District Court Judge