UNITED STATES OF AMERICA
BEFORE THE NATIONAL LABOR RELATIONS BOARD
REGION 5

UNITED STATES POSTAL SERVICE

   Employer/Petitioner

   and                                                                 Case 5-UC-386

AMERICAN POSTAL WORKERS UNION

   Union

### DECISION AND ORDER CLARIFYING UNIT

A petition was duly filed under Section 9(c) of the National Labor Relations Act, as amended, by the Employer/Petitioner seeking the specific exclusion of the "Address Management System Specialist" classification from the existing bargaining unit represented by the American Postal Workers Union.

On January 29, 2007, by letter to the Employer/Petitioner, the American Postal Workers Union disclaimed any interest in representing any employees in the Address Management System Specialist (AMS) classification.

Since the Union is not seeking to represent these AMS employees, and has consented to their specific exclusion from the bargaining unit, as sought by the Employer/Petitioner in the instant petition, I find it appropriate to grant the Employer/Petitioner's request to clarify the existing unit specifically to exclude AMS employees.

## ORDER

IT IS HEREBY ORDERED that the petition filed herein be, and hereby is granted, and that the "Address Management System Specialist" classification be, and it hereby is, specifically excluded from the existing collective-bargaining unit represented by the American Postal Workers Union.

## ELECTRONIC FILING

In the Regional Office's initial correspondence, the parties were advised that the National Labor Relations Board has expanded the list of permissible documents that may be electronically filed with its offices. If a party wishes to file one of the documents which may now be filed electronically, please refer to the Attachment supplied with the Regional Office's initial correspondence for guidance in doing so. Guidance for E-filing can also be found on the National Labor Relations Board web site at www.nlrb.gov. On the home page of the website, select the **E-Gov** tab and click on **E-Filing**. Then select the NLRB office for which you wish to E-File your documents. Detailed E-filing instructions explaining how to file the documents electronically will be displayed.

## RIGHT TO REQUEST REVIEW

Under the provisions of Section 102.67 of the Board's Rules and Regulations, a request for review of this Decision may be filed with the National Labor Relations Board, addressed to the Executive Secretary, 1099 14th Street, N.W., Washington, D.C. 20570-0001. This request

must be received by the Board in Washington by 5 p.m., EST on **March 9, 2007**. The request may not be filed by facsimile.

Signed at Baltimore, Maryland, this 23nd day of February 2007.

(SEAL)                                    /s/WAYNE R. GOLD

                                          _____
                                          Wayne R. Gold
                                          Regional Director
                                          National Labor Relations Board
                                          Region 5
                                          103 S. Gay St., 8th Fl.
                                          Baltimore, MD 21202

2