
Case 1:05-cv-01771-HHK   Document 19-4   Filed 03/30/2007   Page 1 of 3

**United States Government**
**NATIONAL LABOR RELATIONS BOARD**
Region 5
103 South Gay Street - 8th Floor
Baltimore, MD 21202-4061

Telephone: (410) 962-2822
Facsimile: (410) 962-2198

September 28, 2006

Mr. Howard J. Kaufman
United States Postal Service
475 L'Enfant Plaza, SW, Room 6436
Washington, DC 20260-1150

Re: United States Postal Service
Case 5-UC-386

Dear Mr. Kaufman:

I am enclosing herewith a copy of the first amended petition filed in the above-captioned case.

Very truly yours,

Steven L. Shuster
Acting Regional Director

Enclosures

cc:  Mr. Vincent Palladino
National Associations of Postal
Supervisor (NAPS)
1727 King Street, Suite 400
Alexandria, VA 22314

Mr. William Burrus
American Postal Workers Union, AFL-CIO
1300 L Street, NW, 7th Floor
Washington, DC 20005

National Association of Letter Carriers,
AFL-CIO (NALC)
100 Indiana Ave., NW
Washington, DC 20001

Mr. Randy Anderson
National Rural Letter Carriers' Association
1630 Duke Street, Fourth Floor
Alexandria, VA 22314

National Postal Mail Handlers Union, A
Division of the Laborers' International
Union of North America, AFL-CIO
1101 Connecticut Avenue, NW
Washington, DC 20036

Mr. David C. Todd, Esq.
Patton, Boggs, LLP
2550 M Street, NW
Washington, DC 20037

Mr. Anton G. Hajjar
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, NW, Suite 1200
Washington, DC 20005-4126



RECEIVED OCT - 5 2006 LAW DEPARTMENT

| INTERNET FORM NLRB-502 (3-96) | UNITED STATES GOVERNMENT NATIONAL LABOR RELATIONS BOARD | FORM EXEMPT UNDER 44 U.S.C. 3512 |
|---|---|---|
| AMENDED | PETITION | DO NOT WRITE IN THIS SPACE |

| Case No. | Date Filed |
|---|---|
| 5-UC-386 | 9/27/06 |

**INSTRUCTIONS:** Submit an original and 4 copies of this Petition to the NLRB Regional Office in the Region in which the employer concerned is located. If more space is required for any one item, attach additional sheets, numbering item accordingly.

The Petitioner alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.

1. **PURPOSE OF THIS PETITION** (If box RC, RM, or RD is checked and a charge under Section 8(b)(7) of the Act has been filed involving the Employer named herein, the statement following the description of the type of petition shall not be deemed made.) (Check One)

   ☐ **RC-CERTIFICATION OF REPRESENTATIVE** - A substantial number of employees wish to be represented for purposes of collective bargaining by Petitioner and Petitioner desires to be certified as representative of the employees.

   ☐ **RM-REPRESENTATION (EMPLOYER PETITION)** - One or more individuals or labor organizations have presented a claim to Petitioner to be recognized as the representative of employees of Petitioner.

   ☐ **RD-DECERTIFICATION (REMOVAL OF REPRESENTATIVE)** - A substantial number of employees assert that the certified or currently recognized bargaining representative is no longer their representative.

   ☐ **UD-WITHDRAWAL OF UNION SHOP AUTHORITY** (REMOVAL OF OBLIGATION TO PAY DUES) - Thirty percent (30%) or more of employees in a bargaining unit covered by an agreement between their employer and a labor organization desire that such authority be rescinded.

   ☒ **UC-UNIT CLARIFICATION** - A labor organization is currently recognized by Employer, but Petitioner seeks clarification of placement of certain employees: (Check one) ☒ In unit not previously certified. ☐ In unit previously certified in Case No. _____

   ☐ **AC-AMENDMENT OF CERTIFICATION** - Petitioner seeks amendment of certification issued in Case No. _____ Attach statement describing the specific amendment sought.

| 2. Name of Employer<br>UNITED STATES POSTAL SERVICE | Employer Representative to contact<br>HOWARD J. KAUFMAN | Telephone Number<br>(202) 268-3060 |
|---|---|---|
| 3. Address(es) of Establishment(s) involved (Street and number, city, State, ZIP code)<br>NATION WIDE | | Telecopier Number (Fax) |
| 4a. Type of Establishment (Factory, mine, wholesaler, etc.)<br>POSTAL FACILITIES | 4b. Identify principal product or service<br>MAIL DELIVERY | |

| 5. Unit involved (in UC petition, describe present bargaining unit and attached description of proposed clarification.) | 6a. Number of Employees in Unit: |
|---|---|
| Included<br><br>SEE ATTACHMENT<br><br>Excluded | Present app. $300k +<br>Proposed (By UC/AC) app. $300k +<br>6b. Is this petition supported by 30% or more of the employees in the unit?* ☐ Yes ☐ No<br>*Not applicable in RM, UC, and AC |

(If you have checked box RC in 1 above, check and complete EITHER item 7a or 7b, whichever is applicable.)

7a. ☐ Request for recognition as Bargaining Representative was made on (Date) _____ and Employer declined recognition on or about (Date) _____ (If no reply received, so state.)

7b. ☐ Petitioner is currently recognized as Bargaining Representative and desires certification under the Act.

| 8. Name of Recognized or Certified Bargaining Agent (If none, so state.)<br>AMERICAN POSTAL WORKERS UNION | Affiliation<br>AFL-CIO |
|---|---|
| Address, Telephone No. and Telecopier No. (Fax)<br>1300 L Street, NW, Washington, DC 20005 (202) 842-4200 | Date of Recognition or Certification<br>Public Law 91-375, 1201 (2) |
| 9. Expiration Date of Current Contract, if any (Month, Day, Year)<br>NOVEMBER 20, 2006 | 10. If you have checked box UD in 1 above, show here the date of execution of agreement granting union shop (Month, Day, and Year) |
| 11a. Is there now a strike or picketing at the Employer's establishment(s) involved? Yes ___ No ___ | 11b. If so, approximately how many employees are participating? |

11c. The Employer has been picketed by or on behalf of (Insert Name) _____, a labor organization, of (Insert Address) _____ Since (Month, Day, Year) _____

12. Organizations or individuals other than Petitioner (and other than those named in items 8 and 11c), which have claimed recognition as representatives and other organizations and individuals known to have a representative interest in any employees in unit described in item 5 above. (If none, so state.)

| Name | Affiliation | Address | Date of Claim |
|---|---|---|---|
| SEE ATTACHMENT | | | Telecopier No. (Fax) |

13. Full name of party filing petition (If labor organization, give full name, including local name and number)

| 14a. Address (street and number, city, state, and ZIP code) | 14b. Telephone No. |
|---|---|
| | 14c. Telecopier No. (Fax) |

15. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when petition is filed by a labor organization)

I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.

| Name (Print)<br>UNITED STATES POSTAL SERVICE | Signature  Howard J. Kaufman<br>/s/ Howard J. Kaufman | Title (if any)<br>SENIOR COUNSEL |
|---|---|---|
| Address (street and number, city, state, and ZIP code)<br>475 L'ENFANT PLAZA, SW, ROOM 6436  20260-1150 | | Telephone No. (202) 268-3060<br>Telecopier No. (Fax) (202) 268-5402 |

**WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

5. INCLUDED:
Maintenance Employees. Motor Vehicle Employees. Postal Clerks, Special Delivery Messengers, Mail Equipment Shops Employees, and Material Distribution Centers Employees included in the regular work force of the United States Postal Service at all present and subsequently acquired installations, facilities, and operations of the Employer, wherever located, except for those facilities excluded below.

EXCLUDED:

All Address Management System Specialists; managerial and supervisory personnel, professional employees; employees engaged in personnel work in other than a purely non-confidential clerical capacity; security guards as defined in Public Law 91-375. 1201 (2); Postal Inspection Service employees, employees in the supplemental work force as defined in Article 7 of the collective bargaining agreement between the United States Postal Service and the American Postal Workers Union, AFL-CIO; rural letter carriers; mail handlers; letter carriers; and employees who work in other Employer facilities which are not engaged in customer services and mail processing and mail delivery including but not limited to Headquarters, Area Offices, Information Services Centers, Postal Service Training and Development Institute, Oklahoma Postal Training Operations, Postal Academies, Postal Academy training Institute, Stamped Envelope Agency or Mail Transport Equipment Centers.

12. National Postal Mail Handlers Union, A Division of the Laborer's International Union of North America, AFL-CIO – 1101 Connecticut Avenue, NW, Washington DC, 20036; National Rural Letter Carriers' Association, AFL-CIO, 1630 Duke Street, Alexandria, VA 22314; National Associations of Postal Supervisor (NAPS), 1727 King Street, Suite 400, Alexandria, VA 22314; National Association of Letter Carriers, AFL-CIO (NALC), 100 Indiana Ave., NW, Washington, DC 20001; American Postal Workers Union, AFL-CIO, 1300 L Street, NW, Washington, DC 20005.