## O'Donnell, Schwartz & Anderson, P.C.
### Counselors at Law

DARRYL J. ANDERSON
MARTIN R. GANZGLASS
LEE W. JACKSON
ANTON G. HAJJAR*
RICHARD S. EDELMAN
PETER J. LEFF**
MELINDA K. HOLMES
DANIEL B. SMITH*
BRENDA C. ZWACK
JOSEPHINE A. ESCALANTE°
JENNIFER L. WOOD†

1300 L Street, N.W., Suite 1200
Washington, D.C. 20005-4126

(202) 898-1707
FAX (202) 682-9276

JOHN F. O'DONNELL
(1907-1993)
ASHER W. SCHWARTZ
(1911-2006)

1900 L Street, N.W.
Suite 800
Washington, D.C. 20036
(202) 898-1824

\* ALSO MD
\*\* ALSO VA
° MD BAR ONLY
† VA BAR ONLY

February 1, 2007

<u>By Facsimile and First Class Mail</u>

Wayne R. Gold
Regional Director
National Labor Relations Board — Region 5
103 South Gay Street - 8th Floor
Baltimore, MD 21202

    Re:    <u>U. S. Postal Service</u>, Case 5-UC-386

Dear Director Gold:

    Enclosed is a copy of a letter from the American Postal Workers Union, AFL-CIO, to the Postal Service unequivocally disclaiming interest in representing employees in the Address Management Information Systems Specialist, EAS-15, classification, which is the only classification at issue in the amended petition. Accordingly, because no clarification of the unit is necessary and there is no longer an issue within the representation case jurisdiction of the Board, the petition should be dismissed as moot.

    A copy of this motion is being transmitted today by facsimile and First Class Mail to Peter J. Henry, attorney for the Postal Service.

Respectfully submitted,

Anton Hajjar

Enclosure

cc:    Peter J. Henry
        Cliff Guffey
        Greg Bell


RECEIVED FEB - 5 2007 LAW DEPARTMENT

## American Postal Workers Union, AFL-CIO

1300 L Street, NW, Washington, DC 20005

January 29, 2007

John Dockins
US Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260

**National Executive Board**

William Burrus
President

Cliff "C.J." Guffey
Executive Vice President

Terry R. Stapleton
Secretary-Treasurer

Greg Bell
Industrial Relations Director

James "Jim" McCarthy
Director, Clerk Division

Steven G. "Steve" Raymer
Director, Maintenance Division

Robert C. "Bob" Pritchard
Director, MVS Division

**Regional Coordinators**

Sharyn M. Stone
Central Region

Jim Burke
Eastern Region

Elizabeth "Liz" Powell
Northeast Region

Frankie L. Sanders
Southern Region

Omar M. Gonzalez
Western Region

Certified #7099 3220 0002 0242 4426

Re:  Disclaiming Interest in representing employees in the AMS Classification

Dear John,

The American Postal Workers Union, AFL-CIO, unequivocally disclaims interest in representing postal employees in the classification Address Management System Specialist, EAS-15 ("AMS"), notwithstanding the award of Arbitrator Carleton Snow's award dated April 29, 2003, finding that the Address Management Systems Specialist' position is part of the APWU bargaining unit. This disclaimer does not affect that part of the award which found that the Postal Service violated the National Agreement by failing to assign non-supervisory and non-managerial AMS duties to the APWU bargaining unit. The Union's disclaimer of interest in representing employees in the AMS classification is not to be construed as suggesting that the above-referenced award was in any way incorrect and is made without prejudice to the Union's position with respect to any other classification of employees.

If there are any questions concerning the above, please don't hesitate to give me a call.

Sincerely,

Cliff Guffey
Executive
Vice President

CG/rr/opeiu#2/afl-cio