UNITED STATES OF AMERICA
BEFORE THE NATIONAL LABOR RELATIONS BOARD
REGION 5

UNITED STATES POSTAL SERVICE
    Employer/Petitioner

and                                               Case 5-UC-386

AMERICAN POSTAL WORKERS UNION
    Union

### NOTICE TO SHOW CAUSE

June 30, 2003, the Employer filed the instant petition. On January 29, 2007, American Postal Workers Union disclaimed interest in representing the Address Management Systems Specialist position, the only position involved in this case. On February 6, 2007, the Union filed a Motion to dismiss the instant petition based on the disclaimer of interest, a copy of which was served upon the Employer.

**NOTICE IS GIVEN** that cause be shown, in writing, filed with the Region in Baltimore, Maryland, on or beforeTuesday, February 13, 2007, why I should not at this time dismiss the instant petition based on the disclaimer of interest.

(SEAL)                                         /s/WAYNE R. GOLD

                                                   Wayne R. Gold, Regional Director
                                                   National Labor Relations Board, Region 5
                                                   103 South Gay Street, 8th Floor
                                                   Baltimore, MD 21202

# BALTIMORE REGIONAL OFFICE
National Labor Relations Board, Region 5
103 South Gay Street, 8th Floor
Baltimore, Maryland 21202-4061



| To: | Mr. Peter Henry |
|---|---|
| Company: | USPS |
| Fax | (202) 268-4997 |

| From: | Steven L. Shuster |
|---|---|
| Company: | NLRB, REG. 5 |
| Phone: | (410) 962-3155 |
| Fax: | (410) 962-2198 |
| Date: | 2/7/07 |
| Pages including this cover page: | |

**Comments: Notice to Show Cause: 5-UC-386**

THIS COMMUNICATION IS INTENDED FOR THE SOLE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. THIS MESSAGE MAY ALSO BE ATTORNEY-CLIENT COMMUNICATION OR WORK PRODUCT AND, AS SUCH, IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT OF THE INTENDED RECIPIENT, OR HAVE RECEIVED THIS FACSIMILE IN ERROR, DO NOT DISSEMINATE, DISTRIBUTE, COPY OR TAKE ANY ACTION IN RELIANCE ON THESE DOCUMENTS. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE COMMUNICATION, VIA US POSTAL SERVICE. RETURN THE FAX TO THE NATIONAL LABOR RELATIONS BOARD, REGION 5, 103 S. GAY STREET, 8TH FLOOR, BALTIMORE, MD 21202. THANK YOU.