STD POSITION DESCRIPTION                                              U. S. Postal Service

---

ADDRESS MANAGEMENT SYSTEMS SPECIALIST,   EAS-15

---

**FUNCTIONAL PURPOSE**

Performs address information collection, verification, and coding activities in support of the Address Management System (AMS) within a district for a designated area.

**DUTIES AND RESPONSIBILITIES**

1. Collects, reports, and maintains address management information in support of national address management programs.

2. Analyzes address information data submitted by post offices and delivery units to ensure completeness and accuracy; contacts associate offices, stations, and delivery units to resolve data discrepancies; coordinates immediate data correction as necessary.

3. Inputs address information data into on-line computer systems to maintain the AMS data base.

4. Maintains route delivery line of travel information for routes within an assigned area.

5. Provides technical guidance to postmasters, delivery, processing, and distribution employees on the collection of address information and walk sequence data.

6. Coordinates requests for delivery area ZIP Code boundary changes, new delivery areas, and unique post office box and firm ZIP Codes; assigns five-digit ZIP Codes and ZIP+4 Codes in accordance with national policies; prepares and communicates ZIP Code approvals.

7. Responds directly or provides technical support to Postal Business Center employees in responding to inquiries related to address management information products and services.

**SUPERVISION**

Manager, Address Management Systems

**SELECTION METHOD**

(End of Document)

---

Document Date: 10-19-92                                          Occupation Code: 2310-4014

Page:   1