


# AGREEMENT

between

**United States Postal Service**

**and**

**American Postal Workers Union, AFL-CIO**

**National Association of Letter Carriers, AFL-CIO**







**1990-1994**

**Handbook EL-901**

iew language. sarily indicate

Jnderstanding ie Agreement. convenience nt or intent of ters of Intent.

on to print this ges including: viously exist; ether the head-ice titles for references to ping" changes reader. These substance or nents.

**Employer and employees is The full text NALC trans- of this Agree- nent resulting st arbitration appropriate. n award pro- ement would it is indicated ision. The re- al employees y themselves ons of this or the Employer al employees NALC trans-**

## PREAMBLE

This Agreement (referred to as the **1990** National Agreement) is entered into by and between the United States Postal Service (hereinafter referred to as the "Employer") and the American Postal Workers Union, AFL-CIO; and the National Association of Letter Carriers, AFL-CIO (hereinafter referred to collectively as the "Unions"), **pursuant to an Arbitration Award issued June 12, 1991. In accordance with terms of this Award, the Agreement is effective as of the date of the Award unless otherwise provided.**

## ARTICLE 1
## UNION RECOGNITION

### Section 1. Unions

The Employer recognizes each of the Unions designated below as the exclusive bargaining representative of all employees in the bargaining unit for which each has been recognized and certified at the national level:

National Association of Letter Carriers, AFL-CIO—City Letter Carriers
American Postal Workers Union, AFL-CIO—Maintenance Employees
American Postal Workers Union, AFL-CIO—Special Delivery Messengers
American Postal Workers Union, AFL-CIO—Motor Vehicle Employees
American Postal Workers Union, AFL-CIO—Postal Clerks

### Section 2. Exclusions

The employee groups set forth in Section 1 above do not include, and this Agreement does not apply to:

1. Managerial and supervisory personnel;
2. Professional employees;
3. Employees engaged in personnel work in other than a purely non-confidential clerical capacity;

4. Security guards as defined in Public Law 91-375, 1201(2);
5. All Postal Inspection Service employees;
6. Employees in the supplemental work force as defined in Article 7;
7. Rural letter carriers; or
8. Mail handlers.

## Section 3. Facility Exclusions

This Agreement does not apply to employees who work in other employer facilities which are not engaged in customer services and mail processing, previously understood and expressed by the parties to mean mail processing and delivery, including but not limited to Headquarters, Regional Offices, Postal Data Centers, Postal Service Training and Development Institute, Oklahoma Postal Training Operations, Postal Academies, Postal Academy Training Institute, Stamped Envelope Agency, Supply Centers, Mail Equipment Shops, or Mail Bag Depositories and Repair Centers.

## Section 4. Definition

Subject to the foregoing exclusions, this Agreement shall be applicable to all employees in the regular work force of the U.S. Postal Service, as defined in Article 7, at all present and subsequently acquired installations, facilities, and operations of the Employer, wherever located.

## Section 5. New Positions

A. Each newly created position shall be assigned by the Employer to the national craft unit most appropriate for such position within thirty (30) days after its creation. Before such assignment of each new position the Employer shall consult with all of the Unions signatory to this Agreement for the purpose of assigning the new position to the national craft unit most appropriate for such position. The following criteria shall be used in making this determination:

1. existing work assignment practices;



2. mar
3. avoi assi
4. effe Post craf
5. the norr
6. the men

B. All Uni promptly by tl this provision ment of the r date the Unio of the positio of the grievan

**Section 6. Pe**

A. Supervis unit work at j employees, ex

1. in ar
2. for tl ees;
3. to as
4. to pr
5. to pr

B. In office supervisors ar work except a or when the d description.

**(The prece itional Emplo**

d larger than
ot letter car-

y assistance
ıileage-zone
served, plus
zed move of

ıvide allow-
ded by the
nue in force
terminated
ı notice, or

ııttee

a Joint City
omprised of
representa-
ıd will meet
city delivery
provements
held semi-

s in advance
hall be kept
ry Commit-
any instruc-
e inspection
NALC rep-
d by mutual
t in conflict



## ARTICLE 42
## ENERGY SHORTAGES

In the event of an energy crisis, the Employer shall make every reasonable attempt to secure a high priority from the appropriate Federal agency to obtain the fuel necessary for the satisfactory maintenance of postal operations. In such a case, or in the event of any serious widespread energy shortage, the Employer and the Unions shall meet and discuss the problems and proposed solutions through the Labor-Management Committee provided in Article 17.

**(The preceding Article, Article 42, shall apply to Transitional Employees)**

## ARTICLE 43
## SEPARABILITY AND DURATION

### Section 1. Separability

Should any part of this Agreement or any provision contained herein be rendered or declared invalid by reason of any existing or subsequently enacted legislation or by a court of competent jurisdiction, such invalidation of such part or provision of this Agreement shall not invalidate the remaining portions of this Agreement, and they shall remain in full force and effect.

### Section 2. Duration

**Unless otherwise provided,** this Agreement shall be effective **June 12, 1991,** and shall remain in full force and effect to and including 12 midnight **November 20, 1994**, and unless either party desires to terminate or modify it, for successive annual periods. The party demanding such termination or modification must serve written notice of such intent to the other party, not less than 90 or more than 120 days before the expiration date of the Agreement.

**(The preceding Article, Article 43, shall apply to Transitional Employees)**