# AGREEMENT

BETWEEN THE

UNITED STATES POSTAL SERVICE

AND

AMERICAN POSTAL WORKERS UNION

AFL–CIO

1994-1998

 

HANDBOOK EL-912

Article 1.1

## PREAMBLE

This Agreement (referred to as the 1994 National Agreement) is entered into by and between the United States Postal Service (hereinafter referred to as the "Employer") and the American Postal Workers Union, AFL-CIO (hereinafter referred to as the "Union"), pursuant to an Arbitration Award issued **October 1, 1995 and Supplemental Award issued June 7, 1996**. In accordance with terms of this Award, the Agreement is effective as of the date of the Award unless otherwise provided.

## ARTICLE 1
## UNION RECOGNITION

### Section 1. Union

The Employer recognizes the Union designated below as the exclusive bargaining representative of all employees in the bargaining unit for which each has been recognized and certified at the national level:

American Postal Workers Union, AFL-CIO—Maintenance Employees
American Postal Workers Union, AFL-CIO—Special Delivery Messengers
American Postal Workers Union, AFL-CIO—Motor Vehicle Employees
American Postal Workers Union, AFL-CIO—Postal Clerks
**American Postal Workers Union, AFL-CIO—Mail Equipment Shops Employees**
**American Postal Workers Union, AFL-CIO—Materiel Distribution Centers Employees**

1

**Article 1.2**

## Section 2. Exclusions

The employee groups set forth in Section 1 above do not include, and this Agreement does not apply to:

1. Managerial and supervisory personnel;

2. Professional employees;

3. Employees engaged in personnel work in other than a purely non-confidential clerical capacity;

4. Security guards as defined in Public Law 91-375, 1201(2);

5. All Postal Inspection Service employees;

6. Employees in the supplemental work force as defined in Article 7;

7. Rural letter carriers; or

8. Mail handlers; **or**

9. **Letter carriers**

## Section 3. Facility Exclusions

This Agreement does not apply to employees who work in other employer facilities which are not engaged in customer services and mail processing, previously understood and expressed by the parties to mean mail processing and delivery, including but not limited to Headquarters, **Area Offices, Information Services** Centers, Postal Service Training and Development Institute, Oklahoma Postal Training Operations, Postal Academies, Postal Academy Training Institute, Stamped Envelope Agency or **Mail Transport Equipment Centers.**

Article 43.2

Joint Labor-Management Safety Committee as provided in Article 14 of this Agreement. The Employer will continue past practices with regard to anti-fatigue devices.

## ARTICLE 42
## ENERGY SHORTAGES

In the event of an energy crisis, the Employer shall make every reasonable attempt to secure a high priority from the appropriate Federal agency to obtain the fuel necessary for the satisfactory maintenance of postal operations. In such a case, or in the event of any serious widespread energy shortage, the Employer and the Union shall meet and discuss the problems and proposed solutions through the Labor Management Committee provided in Article 17.

(The preceding Article, Article 42, shall apply to Transitional Employees)

## ARTICLE 43
## SEPARABILITY AND DURATION

**Section 1. Separability**

Should any part of this Agreement or any provision contained herein be rendered or declared invalid by reason of any existing or subsequently enacted legislation or by a court of competent jurisdiction, such invalidation of such part or provision of this Agreement shall not invalidate the remaining portions of this Agreement, and they shall remain in full force and effect.

**Section 2. Duration**

Unless otherwise provided, this Agreement shall be effective **October 1, 1995**, and shall remain in full force and effect to and including 12 midnight **November 20, 1998**, and unless

**Article 43.2**

either party desires to terminate or modify it, for successive annual periods. The party demanding such termination or modification must serve written notice of such intent to the other party, not less than 90 or more than 120 days before the expiration date of the Agreement.

(The preceding Article, Article 43, shall apply to Transitional Employees)



A]

Re:

1.

a.

b.

c.

d.

e.

268