

**United States Government**
**NATIONAL LABOR RELATIONS BOARD**
**Region 5**
**103 South Gay Street, 8th Floor**
**Baltimore, MD 21202-4061**

(410) 962-2822

October 30, 1997

ATTN: MR. JOSEPH J. MANON, JR.
UNITED STATES POSTAL SERVICE
475 L'ENFANT PLAZA, SW
WASHINGTON, DC 20260

Re: Case 5-UC-353

Dear Mr. Manon:

Enclosed is a copy of a Petition for Clarification of Bargaining Unit filed in the above case pursuant to provisions of Section 102.61 of the Rules and Regulations of the National Labor Relations Board. Also enclosed is a copy of Form NLRB-4812 pertaining to our procedures.

Investigation of this matter has been assigned to Gary W. Muffley, (202) 208-3076, who will communicate with you promptly.

In the interim, please submit as soon as possible to this office the following information:

Copies of correspondence pertaining to the matter and of any pertinent collective-bargaining agreements;

An alphabetized list of employees described in the petition, together with their job classifications for the payroll period as of or immediately preceding the date of the petition.

The attached commerce questionnaire filled out in the appropriate sections;

A copy of the current collective-bargaining agreement and, if the bargaining unit is certified, the case name and number;

Copy of any certification that may be involved;

A description of the proposed clarifications;

Reason why petitioner desires clarification of unit.

Please advise this office of any other interested parties who should be apprised of this petition.

Customer service standards concerning the processing of representation cases have been published by the Agency and are available upon request from the Regional Office.

Very truly yours,

Louis J. D'Amico
Regional Director

Attachments

cc: ATTN: MR. ROBERT L. TUNSTALL
AMERICAN POSTAL WORKERS UNION, AFL-CIO
1300 L STREET, NW
WASHINGTON, DC 20005

ATTN: MS. MARY ANNE GIBBONS
UNITED STATES POSTAL SERVICE
LAW DEPARTMENT
400 VIRGINIA AVENUE, SW, STE. 650
WASHINGTON, DC 20024-2730

ATTN: MR. EDWARD F. WARD, JR.
UNITED STATES POSTAL SERVICE
475 L'ENFANT PLAZA, SW
WASHINGTON, DC 20260-1134

ATTN: MR. MOE BILLER
AMERICAN POSTAL WORKERS UNION, AFL-CIO
1300 L STREET, NW, 7TH FLOOR
WASHINGTON, DC 20005

FORM NLRB-4701
(3-83)

NATIONAL LABOR RELATIONS BOARD

**NOTICE OF APPEARANCE**

| | |
|---|---|
| UNITED STATES POSTAL SERVICE<br>Employer<br><br>and<br><br>AMERICAN POSTAL WORKERS UNION, AFL-CIO<br>Petitioner and Union | CASE NO. 5-UC-353 |

TO: (Check one Box Only) [1]

- ☑ REGIONAL DIRECTOR
  NLRB, REGION 5
  CANDLER BLDG., ROOM 4200
  111 MARKET PLACE
  BALTIMORE, MD 21202
- ☐ EXECUTIVE SECRETARY
  NATIONAL LABOR RELATIONS BOARD
  WASHINGTON, D.C. 20570
- ☐ GENERAL COUNSEL
  NATIONAL LABOR RELATIONS BOARD
  WASHINGTON, D.C. 20570

THE UNDERSIGNED HEREBY ENTERS APPEARANCE AS REPRESENTATIVE OF ______________________

______________________

IN THE ABOVE-CAPTIONED MATTER.

| SIGNATURE OF REPRESENTATIVE (PLEASE SIGN IN INK) | REPRESENTATIVE'S NAME, ADDRESS, ZIP CODE (PRINT OR TYPE) |
|---|---|
| DATE | AREA CODE TELEPHONE NUMBER |

1 IF CASE IS PENDING IN WASHINGTON AND NOTICE OF APPEARANCE IS SENT TO THE GENERAL COUNSEL OR THE EXECUTIVE SECRETARY A COPY SHOULD BE SENT TO THE REGIONAL DIRECTOR OF THE REGION IN WHICH THE CASE WAS FILED SO THAT THOSE RECORDS WILL REFLECT THE APPEARANCE.

FORM NLRB-4813
(11-81)

NATIONAL LABOR RELATIONS BOARD

**NOTICE OF DESIGNATION OF REPRESENTATIVE AS AGENT FOR SERVICE OF DOCUMENTS**

| | |
|---|---|
| UNITED STATES POSTAL SERVICE<br>Employer<br><br>and<br><br>AMERICAN POSTAL WORKERS UNION, AFL-CIO<br>Petitioner and Union | CASE NO. 5-UC-353 |

TO: REGIONAL DIRECTOR
NLRB, REGION 5
CANDLER BLDG., ROOM 4200
111 MARKET PLACE
BALTIMORE, MD 21202

I, the undersigned party, hereby designate my representative, whose name and address appear below and who has entered an appearance on my behalf in this proceeding, as my agent to receive exclusive service of all documents and written communications relating to this proceeding, including complaints and decisions and orders, but not including charges, amended charges, subpoenas, directions of elections or notices of elections, and I authorize the National Labor Relations Board to serve all such documents only on said representative. This designation shall remain valid until a written revocation of it, signed by me, is filed with the Board.

| Full name of party | Representative's name, address, zip code *(print or type)* |
|---|---|
| Signature of party *(please sign in ink)* | |
| Title | |
| Date | Area Code Telephone Number |

FORM NLRB-4812
(4-89)

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD

**NOTICE: PARTIES INVOLVED IN A REPRESENTATION PETITION SHOULD BE AWARE OF THE FOLLOWING PROCEDURES:**

***Right to be represented by counsel***

Any party has the right to be represented by counsel or other representative in any proceeding before the National Labor Relations Board and the courts. In the event you wish to have a representative appear on your behalf, please have your representative complete Form NLRB-4701, Notice of Appearance, and forward it to the respective regional office as soon as counsel is chosen.

***Designation of representative as agent for service of documents***

In the event you choose to have a representative appear on your hehalf, you may also, if you so desire, use Form NLRB-4813 to designate that representative as your agent to receive exclusive service on your behalf of all formal documents and written communications in the proceeding, except decisions directing an election and notices of an election, and further except subpoenas, which are served on the person to whom they are addressed. If this form is not filed, both you and your representative, will receive copies of all formal documents. If it is filed, copies will be served only upon your representative, and that service will be service upon you under the statute. The designation once filed shall remain valid unless a written revocation is filed with the Regional Director.

***Investigation of petition***

Immediately upon receipt of the petition, the regional office conducts an impartial investigation to determine if the Board has jurisdiction, whether the petition is timely and properly filed, whether the showing of interest is adequate, and if there are any other interested parties to the proceeding or other circumstances bearing on the question concerning representation.

***Withdrawal or dismissal***

If it is determined that the Board does not have jurisdiction or that other criteria for proceeding to an election are not met, the petitioner is offered an opportunity to withdraw the petition. Should the petitioner refuse to withdraw, the Regional Director dismisses the petition and advises the petitioner of the reason for the dismissal and of the right to appeal to the Board.

***Agreement and conduct of election***

Upon the determination that the criteria are met for the Board to conduct a secret ballot election to resolve the question concerning representation, the parties are afforded the opportunity to enter into a consent election agreement. There are two forms: (1) Form NLRB-651, Agreement for Consent Election, provides that the parties accept the final determination of the Regional Director. (2) Form NLRB-652, Stipulation for Certification Upon Agreement for Consent Election, provides for the right of appeal to the Board on postelection matters. The secret ballot election will be conducted by an agent of the NLRB under the agreement and the parties shall have the right to observe and certify to the conduct of the election.

***Hearing***

If there are material issues which the parties cannot resolve by agreement, the Regional Director may issue a notice of hearing on the petition. At the hearing, all parties will be afforded the opportunity to state their positions and present evidence on the issues.

Scheduling of a hearing does not preclude the possibility of a consent election agreement. Approval of an agreement will serve as withdrawal of the notice of hearing.

***Names and addresses of eligible voters***

Upon approval of an election agreement, or upon issuance of a direction of election, the employer will be required to prepare a list of the names and addresses of eligible voters. The employer must file the eligibility list with the Regional Director within seven days after approval of the election agreement, or after the Regional Director or the Board has directed an election. The Regional Director then makes the list available to all other parties. The employer is advised early of this requirement so that there will be ample time to prepare for the eventuality that such a list becomes necessary. *(This list is in addition to list of employees in the proposed unit and their job classifications to be used to verify the showing of interest by a union.).*

FORM NLRB-502 (5-85)

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD
*PETITION*

FORM EXEMPT UNDER 44 U.S.C. 3512

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case No. 5-UC-353 | Date Filed 10/27/97 |

**INSTRUCTIONS: Submit an original and 4 copies of this Petition to the NLRB Regional Office in the Region in which the employer concerned is located. If more space is required for any one item, attach additional sheets, numbering item accordingly.**

**The Petitioner alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.**

1. PURPOSE OF THIS PETITION *(If box RC, RM, or RD is checked and a charge under Section 8(b)(7) of the Act has been filed involving the Employer named herein, the statement following the description of the type of petition shall not be deemed made.)* (Check One)

[ ] RC-CERTIFICATION OF REPRESENTATIVE - A substantial number of employees wish to be represented for purposes of collective bargaining by Petitioner and Petitioner desires to be certified as representative of the employees.

[ ] RM-REPRESENTATION (EMPLOYER PETITION) - One or more individuals or labor organizations have presented a claim to Petitioner to be recognized as the representative of employees of Petitioner.

[ ] RD-DECERTIFICATION - A substantial number of employees assert that the certified or currently recognized bargaining representative is no longer their representative.

[ ] UD-WITHDRAWAL OF UNION SHOP AUTHORITY - Thirty percent (30%) or more of employees in a bargaining unit covered by an agreement between their employer and a labor organization desire that such authority be rescinded.

[x] UC-UNIT CLARIFICATION - A labor organization is currently recognized by Employer, but Petitioner seeks clarification of placement of certain employees: *(Check one)* [x] In unit not previously certified. [ ] In unit previously certified in Case No. ______

[ ] AC-AMENDMENT OF CERTIFICATION - Petitioner seeks amendment of certification issued in Case No. ______
*Attach statement describing the specific amendment sought.*

| 2. Name of Employer | Employer Representative to contact | Telephone Number |
|---|---|---|
| United States Postal Service | Joseph J. Mahon, Jr. Vice Pres. Labor Relations | 202-268-3619 |

3. Address(es) of Establishment(s) involved *(Street and number, city, State, ZIP code)*
475 L'Enfant Plaza, S.W. Washington, D.C. 20260

| 4a. Type of Establishment *(Factory, mine, wholesaler, etc.)* | 4b. Identify principal product or service |
|---|---|
| | |

5. Unit Involved *(In UC petition, describe present bargaining unit and attach description of proposed clarification.)*

Included: All postal clerks at all facilities of the employer engaged in customer services and mail processing nationwide.

See Attachment, Page 1-3

Excluded: Managerial and supervisory personnel; professional employees, employees engaged.., (See attached).

6a. Number of Employees in Unit:
Present: Approx. 240,000
Proposed *(By UC/AC)*: Unknown

6b. Is this petition supported by 30% or more of the employees in the unit? * Yes ____ No ____
*Not applicable in RM, UC, and AC

*(If you have checked box RC in 1 above, check and complete EITHER item 7a or 7b, whichever is applicable)*

7a. [ ] Request for recognition as Bargaining Representative was made on *(Date)* ______ and Employer declined recognition on or about *(Date)* ______ *(If no reply received, so state).*

7b. [ ] Petitioner is currently recognized as Bargaining Representative and desires certification under the Act.

| 8. Name of Recognized or Certified Bargaining Agent *(If none, so state)* | Affiliation |
|---|---|
| American Postal Workers Union, Attn: Robert Tunstall | AFL-CIO |
| Address and Telephone Number: 1300 L Street, N.W., Washington, D.C. 20005 | Date of Recognition or Certification: 1971 |

| 9. Expiration Date of Current Contract, If any *(Month, Day, Year)* | 10. If you have checked box UD in 1 above, show here the date of execution of agreement granting union shop *(Month, Day, and Year)* |
|---|---|
| November 20, 1998 | |

| 11a. Is there now a strike or picketing at the Employer's establishment(s) Involved? Yes ___ No x | 11b. If so, approximately how many employees are participating? |
|---|---|

11c. The Employer has been picketed by or on behalf of *(Insert Name)* ______, a labor organization, of *(Insert Address)* ______ Since *(Month, Day, Year)* ______

12. Organizations or individuals other than Petitioner *(and other than those named in items 8 and 11c)*, which have claimed recognition as representatives and other organizations and individuals known to have a representative interest in any employees in unit described in item 5 above. *(If none, so state)*

| Name | Affiliation | Address | Date of Claim *(Required only if Petition is filed by Employer)* |
|---|---|---|---|
| None | | | |

**I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.**

American Postal Workers Union, AFL-CIO
*(Name of Petitioner and Affiliation, if any)*

By Robert L. Tunstall [signature]
Robert L. Tunstall
*(Signature of Representative or person filing petition)*

Director Clerk Division
*(Title, if any)*

Address 1300 L Street, N.W. Washington, D.C. 20005
*(Street and Number, City, State, and ZIP Code)*

202-842-4220
*(Telephone Number)*

WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

# PREAMBLE

This Agreement (referred to as the **1994** National Agreement) is entered into by and between the United States Postal Service (hereinafter referred to as the "Employer") and the American Postal Workers Union, AFL-CIO (hereinafter referred to as the "Union"), pursuant to an Arbitration Award issued **October 1, 1995 and Supplemental Award issued June 7, 1996.** In accordance with terms of this Award, the Agreement is effective as of the date of the Award unless otherwise provided.

# ARTICLE 1
# UNION RECOGNITION

## Section 1. Union

The Employer recognizes the Union designated below as the exclusive bargaining representative of all employees in the bargaining unit for which each has been recognized and certified at the national level:

American Postal Workers Union, AFL-CIO—Maintenance Employees
American Postal Workers Union, AFL-CIO—Special Delivery Messengers
American Postal Workers Union, AFL-CIO—Motor Vehicle Employees
American Postal Workers Union, AFL-CIO—Postal Clerks
**American Postal Workers Union, AFL-CIO—Mail Equipment Shops Employees**
**American Postal Workers Union, AFL-CIO—Materiel Distribution Centers Employees**

**Section 2. Exclusions**

The employee groups set forth in Section 1 above do not include, and this Agreement does not apply to:

1. Managerial and supervisory personnel;
2. Professional employees;
3. Employees engaged in personnel work in other than a purely non-confidential clerical capacity;
4. Security guards as defined in Public Law 91-375, 1201(2);
5. All Postal Inspection Service employees;
6. Employees in the supplemental work force as defined in Article 7;
7. Rural letter carriers; or
8. Mail handlers; **or**
9. **Letter carriers**

**Section 3. Facility Exclusions**

This Agreement does not apply to employees who work in other employer facilities which are not engaged in customer services and mail processing, previously understood and expressed by the parties to mean mail processing and delivery, including but not limited to Headquarters, Area Offices, **Information Services** Centers, Postal Service Training and Development Institute, Oklahoma Postal Training Operations, Postal Academies, Postal Academy Training Institute, Stamped Envelope Agency or **Mail Transport Equipment Centers.**

## Section 4. Definition

Subject to the foregoing exclusions, this Agreement shall be applicable to all employees in the regular work force of the U.S. Postal Service, as defined in Article 7, at all present and subsequently acquired installations, facilities, and operations of the Employer, wherever located.

## Section 5. New Positions

A. Each newly created position shall be assigned by the Employer to the national craft unit most appropriate for such position within thirty (30) days after its creation. Before such assignment of each new position the Employer shall consult with the Union signatory to this Agreement for the purpose of assigning the new position to the national craft unit most appropriate for such position. The following criteria shall be used in making this determination:

1. existing work assignment practices;
2. manpower costs;
3. avoidance of duplication of effort and "make work" assignments;
4. effective utilization of manpower, including the Postal Service's need to assign employees across craft lines on a temporary basis;
5. the integral nature of all duties which comprise a normal duty assignment;
6. the contractual and legal obligations and requirements of the parties.

B. The Union party to this Agreement shall be notified promptly by the Employer regarding assignments made under this provision. Should the Union dispute the assignment of the new position within thirty (30) days from

the date the Union has received notification of the assignment of the position, the dispute shall be subject to the provisions of the grievance and arbitration procedure provided for herein.

**Section 6. Performance of Bargaining Unit Work**

A. Supervisors are prohibited from performing bargaining unit work at post offices with 100 or more bargaining unit employees, except:

1. in an emergency;

2. for the purpose of training or instruction of employees;

3. to assure the proper operation of equipment;

4. to protect the safety of employees; or

5. to protect the property of the USPS.

B. In offices with less than 100 bargaining unit employees, supervisors are prohibited from performing bargaining unit work except as enumerated in Section 6.A. 1 through 5 above or when the duties are included in the supervisor's position description.

(The preceding Article, Article 1, shall apply to Transitional Employees)

[see Memo, page 312 ]

The unit should be clarified to include the following positions in the bargaining unit.

| JOB DESCRIPTIONS | | |
|---|---|---|
| LEVEL | TITLE | OCCUPATION CODE |
| EAS-08 | Supply Clerk | 2005-2008 |
| EAS-08 | Time & Attendance Clerk | 0590-2006 |
| EAS-09 | Duplicator Operator | 0301-2089 |
| EAS-09 | Inspection Service Technician | 0301-2086 |
| EAS-09 | Receptionist (Purchasing) | 0304-2008 |
| EAS-09 | Senior Stenographer | 0312-2006 |
| EAS-09 | Staff Secretary | 0318-2039 |
| EAS-10 | Machinist Helper | 3414-1001 |
| EAS-10 | Office Services Assistant (Area) | 0342-2003 |
| EAS-10 | Office Service Clerk (Area) | 0301-2100 |
| EAS-11 | Administrative Services Technician | 0301-5364 |
| EAS-11 | Chauffeur | 5703-2010 |
| EAS-11 | Communications Control Technician | 0394-2003 |
| EAS-11 | Confidential Secretary (Field Division) | 0318-2037 |
| EAS-11 | Confidential Secretary Field | 0318-2030 |
| EAS-11 | Draftsman | 0818-3002 |
| EAS-11 | Examinations Processing Clerk (NTAC) | 0301-2097 |
| EAS-11 | Human Resources Associate Inspection Service | 0201-5123 |
| EAS-11 | Human Resources Associate | 0201-5108 |

| JOB DESCRIPTIONS | | |
|---|---|---|
| LEVEL | TITLE | OCCUPATION CODE |
| EAS-11 | Human Resources Associate | 0201-5112 |
| EAS-11 | Human Resources Associate (HQ) | 0201-5109 |
| EAS-11 | Inspection Service Operations Technician | 0301-2234 |
| EAS-11 | Personnel Programs Assistant | 0212-2001 |
| EAS-11 | Postal Operations Technician | 2340-2010 |
| EAS-11 | Postmaster | 2301-6111 |
| EAS-11 | Receptionist Corporate Personnel Operations | 0304-2007 |
| EAS-11 | Secretary | 0318-2020 |
| EAS-11 | Secretary | 0318-2041 |
| EAS-11 | Sewing Machine Mechanic | 5312-1010 |
| EAS-11 | Stamp Distribution Technician | 2003-4005 |
| EAS-11 | Support Services Technician | 0341-3002 |
| EAS-11 | Superintending Engineer | 4704-6007 |
| EAS-11 | Telemarketing Assistant | 2005-2018 |
| EAS-11 | Telephone Operator | 0382-2002 |
| EAS-11 | Telephone Sales Representative | 1101-2001 |
| EAS-11 | Warehouse | 6960-6008 |
| EAS-12 | Head Storekeeper | 2040-6005 |
| EAS-12 | Maintenance Mechanic Machinist | 3414-1003 |
| EAS-12 | Photographer | 1060-3001 |
| EAS-13 | Accountable Paper Specialist (PFSC) | 0530-2009 |

| JOB DESCRIPTIONS | | |
|---|---|---|
| LEVEL | TITLE | OCCUPATION CODE |
| EAS-13 | Accounting Technician (MES) | 0525-2026 |
| EAS-13 | Administrative Specialist | 0341-6026 |
| EAS-13 | Arbitration Scheduling Coordinator | 0303-5001 |
| EAS-13 | Assistant Recorder | 0986-3007 |
| EAS-13 | Business Center Representative | 2345-4015 |
| EAS-13 | Customer Service Representative | 2345-4018 |
| EAS-13 | Engineering And Drafting Services (Chicago Only) | 0818-3003 |
| EAS-13 | Machinist | 3414-1002 |
| EAS-13 | Parking Services Coordinator (HQ) | 0342-5027 |
| EAS-13 | Philatelic Stamp Stock Examiner (Chairman of Committee) | 0525-4008 |
| EAS-13 | Philatelic Procurement Assistant | 1105-5007 |
| EAS-13 | Postmaster | 2301-6113 |
| EAS-13 | Postmaster | 2301-6213 |
| EAS-13 | Purchasing Assistant | 1105-5006 |
| EAS-13 | Railway Or Highway Transportation Specialist | 2330-2007 |
| EAS-13 | Repair Parts Cataloger | 2050-5001 |
| EAS-14 | Accounting And Budgeting Technician | 0525-3010 |
| EAS-14 | Administrative Services Coordinator | 0342-5029 |
| EAS-14 | Appeals Technician | 0301-5350 |
| EAS-14 | Appeals Technician | 0335-3019 |

| JOB DESCRIPTIONS | | |
|---|---|---|
| LEVEL | TITLE | OCCUPATION CODE |
| EAS-14 | Computer Analysis Technician | 0301-5535 |
| EAS-14 | Computer Systems Operator | 0332-4003 |
| EAS-14 | Coordinator Terminal Handling Facility | 2330-2011 |
| EAS-14 | Correspondence Control Coordinator | 0301-5195 |
| EAS-14 | Equipment Inventory Technician | 2005-3001 |
| EAS-14 | Human Resources Associate | 0201-5107 |
| EAS-14 | Human Resources Associate (HFU) | 0201-5110 |
| EAS-14 | Inspection Service Coordinator | 0341-5055 |
| EAS-14 | Labor Relations Technician | 0301-5349 |
| EAS-14 | Legal Secretary (Gen. Counsel) | 0986-3008 |
| EAS-14 | Library Technician | 1411-5002 |
| EAS-14 | Maintenance Control Specialist | 1641-6004 |
| EAS-14 | Mail Flow Controller | 2315-2011 |
| EAS-14 | Operations Support Specialist | 2340-5046 |
| EAS-14 | Personnel Management Associate (Recruitment) | 0201-5089 |
| EAS-14 | Postal Accounting Specialist Staff | 0510-5044 |
| EAS-14 | Product Promotion/Specialist | 1140-5026 |
| EAS-14 | Property Maintenance And Inventory Technician (Headquarters) | 2001-2003 |
| EAS-14 | Purchasing And Supply Technician | 0301-5294 |

| JOB DESCRIPTIONS | | |
|---|---|---|
| LEVEL | TITLE | OCCUPATION CODE |
| EAS-14 | Quality Assurance Administrative Coordinator | 1910-5003 |
| EAS-14 | Relocation Specialist | 0303-5004 |
| EAS-14 | Safety Specialist (A) | 0018-5004 |
| EAS-14 | Secretary | 0318-2042 |
| EAS-14 | Shipping Coordinator | 2340-5011 |
| EAS-14 | Senior Photographer | 1060-4001 |
| EAS-14 | Tool And Die Maker | 3416-1002 |
| EAS-14 | Transportation Analyst | 2330-5014 |
| EAS-14 | Trayed Mail Flow Controller | 2315-2014 |
| EAS-15 | Account Representative | 2345-5031 |
| EAS-15 | Account Representative | 2345-5008 |
| EAS-15 | Address Information Systems Analyst | 2310-4009 |
| EAS-15 | Address Information Systems Analyst | 2310-4014 |
| EAS-15 | Address Management System Specialist | 2310-5027 |
| EAS-15 | Administrative Specialist | 0341-5025 |
| EAS-15 | Analyst, Schemes And Schedules | 2350-4003 |
| EAS-15 | Automation Readability Specialist | 2315-4013 |
| EAS-15 | Boiler Inspector | 5401-3002 |
| EAS-15 | Business Mail Entry Analyst | 2345-4019 |
| EAS-15 | Classification Support Technician | 2345-3002 |
| EAS-15 | Computer Operations Support Specialist | 0332-3026 |

| JOB DESCRIPTIONS | | |
|---|---|---|
| **LEVEL** | **TITLE** | **OCCUPATION CODE** |
| EAS-15 | Contract Assistant | 1102-5017 |
| EAS-15 | Contract Administrator | 1102-5054 |
| EAS-15 | Customer Support Specialist | 0335-3011 |
| EAS-15 | Directory Analysis Specialist | 2340-5029 |
| EAS-15 | EDP Systems Coordinator | 0330-5010 |
| EAS-15 | Elevator Inspector | 5401-3003 |
| EAS-15 | Employee Transportation Coordinator | 0301-5360 |
| EAS-15 | Facilities Contract Technician | 1106-5005 |
| EAS-15 | Information Systems Coordinator | 0330-5017 |
| EAS-15 | Logistics Coordinator | 0343-5006 |
| EAS-15 | Mailpiece Design Analyst | 2345-5033 |
| EAS-15 | Material Management Specialist | 2003-5026 |
| EAS-15 | Material Management Specialist | 2003-5036 |
| EAS-15 | Operations Quality Improvement Analyst | 1910-3001 |
| EAS-15 | Physical Therapist | 0633-3001 |
| EAS-15 | Post Office Accountant | 0510-3007 |
| EAS-15 | Postal Systems Coordinator | 0525-5020 |
| EAS-15 | Sales Information And Promotion Specialist | 1140-5023 |
| EAS-15 | Supply Assistant, (Mail Equipment Shops) | 2005-5006 |
| EAS-15 | Transportation Requirements Analyst | 2330-4025 |

| JOB DESCRIPTIONS | | |
|---|---|---|
| **LEVEL** | **TITLE** | **OCCUPATION CODE** |
| EAS-15 | Accountant, Postal Facilities (A) | 0510-3020 |
| EAS-16 | Acquisitions Librarian | 1411-5003 |
| EAS-16 | Budget Associate | 0560-5021 |
| EAS-16 | Business Center Representative, Senior | 2345-5029 |
| EAS-16 | Communications Specialist | 1081-5013 |
| EAS-16 | Computer Programmer | 0334-3058 |
| EAS-16 | Computer Programmer/Analyst Staff | 0334-3058 |
| EAS-16 | Customer Service Analyst | 2310-5027 |
| EAS-16 | Customer Service Representative | 2345-5034 |
| EAS-16 | Electrical Engineer Associate | 0850-3007 |
| EAS-16 | Facilities Analyst (Field) | 1601-4020 |
| EAS-16 | Illustrator, Technical | 1020-5010 |
| EAS-16 | Information Systems Coordinator | 0334-4058 |
| EAS-16 | Logistics Support Specialist | 2003-5037 |
| EAS-16 | Maintenance Information Specialist | 1641-4019 |
| EAS-16 | Purchasing Specialist | 1102-5049 |
| EAS-16 | Purchasing Specialist (Inspection Service) | 1102-5060 |
| EAS-16 | Retail Marketing Specialist | 2345-5028 |
| EAS-16 | Retail Specialist | 2345-5030 |
| EAS-16 | Safety And Health Associate | 0018-5023 |
| EAS-16 | Safety Specialist (B) | 0018-5005 |
| EAS-16 | Secretary | 0318-2043 |

| JOB DESCRIPTIONS | | |
|---|---|---|
| **LEVEL** | **TITLE** | **OCCUPATION CODE** |
| EAS-16 | Statistical Programs Analyst (SPSC) | 1530-5007 |
| EAS-16 | Translator | 1045-5002 |
| EAS-17 | Accountable Paper Control Specialist | 2001-5008 |
| EAS-17 | Address Information Systems Specialist, Senior | 2310-4011 |
| EAS-17 | Budget And Planning Analyst | 0560-4013 |
| EAS-17 | Building Services Specialist | 1601-4025 |
| EAS-17 | Computer Operations Support Specialist | 0332-3025 |
| EAS-17 | Computer Systems Operator Lead | 0332-4002 |
| EAS-17 | Contract Administrator, Senior | 1102-5053 |
| EAS-17 | Customer Relations Coordinator | 2345-5035 |
| EAS-17 | Design Production Specialist Associate | 1084-3015 |
| EAS-17 | Delivery And Retail Analyst | 2310-5026 |
| EAS-17 | Distribution Programs Specialist | 2315-5021 |
| EAS-17 | Diversity Development Specialist (Field) | 0160-5060 |
| EAS-17 | EEO Counselor/Investigator | 0160-5060 |
| EAS-17 | Elevator And Boiler Inspector | 5401-3001 |
| EAS-17 | Food And Housekeeping Coordinator | 0301-5240 |
| EAS-17 | Government Relations Analyst | 0301-5356 |
| EAS-17 | Facilities Specialist | 1601-3008 |
| EAS-17 | Telecommunications Specialist | 0393-5001 |
| EAS-18 | Customer Requirements Specialist (BMC) | 2345-5024 |

| JOB DESCRIPTIONS | | |
|---|---|---|
| LEVEL | TITLE | OCCUPATION CODE |
| EAS-18 | Marketing Service Analyst | 2345-5037 |
| EAS-18 | Technical Training Specialist | 1712-5022 |
| EAS-19 | Electro-Mechanical Engineering Tech. | 0802-3009 |
| EAS-19 | Environmental Compliance Coordinator | 0819-5003 |
| EAS-19 | Writer/Editor (Field) | 1082-5016 |
| EAS-20 | Architect-Engineer, Staff | 0808-3005 |
| EAS-20 | Architect/Engineer | 9808-3014 |
| EAS-20 | Audio Visual Specialist | 1071-3008 |
| EAS-20 | Automated Operations Software Specialist | 0334-4116 |
| EAS-20 | Budget & Financial Analyst | 0560-5022 |
| EAS-20 | Budget & Cost Analyst | 0560-4030 |
| EAS-20 | Computer Systems Analyst/Programmer | 0334-3044 |
| EAS-20 | Contract Price Analyst | 1102-5034 |
| EAS-20 | Customer Service Specialist | 0301-5353 |
| EAS-20 | Electrical Equipment And Tower Engineer | 0850-3005 |
| EAS-20 | Engineering Technician | 0802-4011 |
| EAS-20 | Inventory Specialist | 2010-5008 |
| EAS-20 | Librarian | 1410-5009 |
| EAS-20 | Operations Support Specialist | 2340-5043 |
| EAS-20 | Philatelic Sales Program Analyst | 1101-5040 |

| JOB DESCRIPTIONS | | |
|---|---|---|
| LEVEL | TITLE | OCCUPATION CODE |
| EAS-20 | Presentation Specialist | 1084-4001 |
| EAS-20 | Preventive Maintenance Engineer | 0802-3017 |
| EAS-20 | Program Analyst | 0345-4037 |
| EAS-20 | Space Management Specialist | 0342-5010 |
| EAS-21 | Language Services Specialist | 1047-5001 |
| EAS-21 | Market Research Specialist | 1140-5047 |
| EAS-21 | Mechanical Engineer | 0830-4010 |
| EAS-21 | Graphics Production Specialist | 1084-5010 |
| EAS-21 | Advertising Specialist | 1081-5032 |
| EAS-23 | Communications Engineer | 0855-4031 |
| EAS-23 | Community Relation Specialist (Senior) | 0801-5035 |
| EAS-23 | Network Performance Specialist | 0391-4008 |
| EAS-23 | Records Specialist | 0343-5058 |
| EAS-23 | Reference Librarian | 1410-4011 |
| EAS-23 | Speech Writer | 1081-5053 |
| EAS-23 | Local Area Network Administrator | 0334-3063 |
| EAS-24 | Philatelic Design Specialist | 1001-5030 |
| EAS-24 | Graphics Productions Specialist | 1084-5009 |
| | | |
| | | |
| | | |
| | | |

| JOB DESCRIPTIONS | | |
|---|---|---|
| LEVEL | TITLE | OCCUPATION CODE |
| | | |
| | | |

Also two titles are utilized which have no position description which the American Postal Workers Union believes should be bargaining unit positions.

Postmaster Relief (PMR)
Post Office Administrator (POA)




**American Postal Workers Union, AFL-CIO**

1300 L Street, NW, Washington, DC 20005

October 17, 1997

Moe Biller, President
(202) 842-4246

Joseph J Mahon, Jr., Vice President
United States Postal Service
Labor Relations Division
475 L'Enfant Plaza, S.W.
Washington, D.C. 20260-4126

Dear Mr. Mahon:

Pursuant to Article 31.3 of the National Agreement, please provide copies of all non-bargaining unit position descriptions if those positions are utilized in mail processing and/or customer service facilities. If this information is available in electronic recordings, please provide the information in electronic form.

Please contact Robert Tunstall, Director Clerk Division, at (202) 842-4220, if you have any questions.

Sincerely,

Moe Biller, President

MB:sec
opeiu #2
afl-cio

National Executive Board
Moe Biller
President

William Burrus
Executive Vice President

Douglas C. Holbrook
Secretary-Treasurer

Greg Bell
Industrial Relations Director

Robert L. Tunstall
Director, Clerk Division

James W. Lingberg
Director, Maintenance Division

Robert C. Pritchard
Director, MVS Division

George N. McKeithen
Director, SDM Division

Regional Coordinators
Leo F. Persails
Central Region

Jim Burke
Eastern Region

Elizabeth "Liz" Powell
Northeast Region

Terry Stapleton
Southern Region

Raydell R. Moore
Western Region