UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.:  04-1404 (HHK) |
| ) | 05-1771 (HHK) |
| v. ) | |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ERRATA**

The defendant notes that the filing of the United States Postal Service's Memorandum in Support of Motion for Summary Judgment contained some citations that were incorrectly matched to the paragraphs in the USPS statement of facts.  The correct citations are below.

☐   bottom of page 13. The cites to the BNA are reversed. USPS Ex. 7 is document 27-14; while Ex. 8 is document 27-13.

☐   top of page 20.
"execution of the 1999 Unit Clarification Settlement. **USPS Ex. 3,** Rachel ...."

☐   middle of page 21
"sought to ensure greater consistency of results. Id. ¶ ~~FF~~ **R**. As a result ...."

☐   bottom of page 21
"Over fifty of his decisions had been at the national level. **(Def. Stmt. Mat. Facts ¶ L)**. One of the ...."

☐   middle of page 23
"about the interpretation of the agreement. See **USPS Ex. 3,** Rachel Decl. ¶ 3. The standard ...."

☐   bottom of page 23
"arbitration. See **USPS Ex. 3,** Rachel Dec**l**. ¶ 6 ...."

☐   bottom of page 23
**(Def. Stmt. Mat. Facts** ~~Id. at ¶¶~~ O**).**

- ☐ middle of page 24
  "1999 UC Settlement, see **USPS Ex. 3,** Rachel ...."

- ☐ top of page 25
  "parties' collective bargaining agreement. See **USPS Ex. 3,** Rachel Decl. ¶ 12. The agreement did not depend on the availability of a particular arbitrator. **(See Def. Stmt. Mat. Facts ¶ G**. In contrast, Arbitrator Snow's ...."

- ☐ bottom of page 25
  "concerning Article 1.6 to Arbitrator Gamser in 1981. See **USPS Ex. 5,** Poole Decl. ..."
  "scheduled a hearing before Benjamin Aaron on December 9, 1983. (**USPS Ex. 5,** Poole Decl. ..."

- ☐ top of page 26
  "transcript made of the hearing. ~~(Poole Decl.~~ **Id.** ¶ 7 & Attach. 3..."

- ☐ bottom of page 26
  "~~Id. at ¶ RR~~ (Tr. 14, ...."

- ☐ bottom of page 27
  "'*de novo* hearing were conducted.' See **USPS Ex. 5,** Poole Decl. ..."

- ☐ middle of page 28
  "before Arbitrator Snow on November 15, 1988. ~~(Poole Decl.~~ **Id.** ¶ 10 & Attach. 2..."

- ☐ middle of page 28
  "the USPS and the APWU at the national level. See **USPS Ex. 3,** Rachel Decl. ..."

- ☐ bottom of page 28
  "APWU suggested proceeding before a three member panel.(**USPS Ex. 5,** Poole Decl. ..."
- ☐ bottom of page 35
  "not retain jurisdiction because he denied the grievance. (**USPS Ex. 5,** Poole Decl. ..."

- ☐ middle of page 40
  "there would be further proceedings or not. See **id. ¶ EE (citing USPS Ex. 1,** Kaufman ...."

  fn 4 page 40, "grievance in its entirety without reaching remedy. **Id. ¶ CC.** Even if the letter ... deny the NALC a fundamentally fair hearing. ~~Id. ¶ JJJ~~."

- ☐ top of page 44
  "Stmt. Mat. Facts at ¶ LL) (Kaufman Decl. ¶ 2~~5~~**6** & Attach. 1~~3~~**4** (Letter from Holmes to

2

Snow of ~~6/25/03~~ **3/17/04**)). "We look forward ...."

☐ bottom of page 44
"These will be one of the largest negotiations in the United States. (**USPS Ex. 3,** Rachel Decl. ...."

fn 6, "pursuant to the parties' labor contract. (Def. Stmt. Mat. Facts at ¶¶ ~~U, V~~ **I, J**).

Dated:  March 30, 2007            Respectfully submitted,

                                           Jeffrey Taylor
                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                        United States Attorney

                                     Rudolph Contreras
                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney

                                  s/Sherease Louis
                        SHEREASE LOUIS
                        Special Assistant United States Attorney
                        United States Attorney's Office
                        Civil Division
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        (202) 307-0895/FAX (202) 514-8780
                        sherease.louis@usdoj.gov


OF COUNSEL:
Peter J. Henry
Labor Counsel
United States Postal Service