UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.:  04-1404 (HHK) |
| ) | 05-1771 (HHK) |
| v. ) | |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

**ERRATA**

The defendant notes that the filing of the United States Postal Service Response to the American Postal Worker's Union's Statement of Material Facts contained some citations that were incorrectly matched to the paragraphs in the USPS statement of facts. The correct citations are below.

¶ 17
"Stating that it 'raises substantial issues warranting review, on December 24, 2003 the Board granted the Postal Service's Request for Review. Id ¶ ~~D~~ **C**."

"335 N.L.R.B. 558 (2001; ~~Def. Stmt. Mat. Facts ¶ E.~~ **USPS Ex. 1, Kaufman Decl. ¶ 5.**"

¶18
Def. Stmt. Mat. Facts ¶¶ ~~U, V~~ **I, J**.

¶19
Def. Stmt. Mat. Facts ¶¶ ~~U, V~~ **I, J**.

¶21
"schedule the remaining cases for arbitration. See Def. Stmt. Mat. Facts ¶ ~~SSS~~ **LL** (**USPS Ex. 1,** Kaufman Decl. ¶ 26 & Attach. 14 ...."

"fifteen months following the second decision. ~~Def. Stmt. Mat. Facts ¶ UUU.~~ **USPS Ex. 3,** Rachel Decl. ¶ 15 & ...."


¶22
"view that the AMS decision violates Board law. <u>See</u> Def. Stmt. Mat. Facts at ¶¶ A, ~~D~~ **B, C**, E, ~~J~~; **USPS Ex. 1, Kaufman Decl. ¶ 5**.

"third grievance have been met. <u>See</u> ~~id. at ¶ UUU~~ **MM** (**USPS Ex. 3,** Rachel Decl. ¶ 15 ...."


¶25
"Article 1.6 of the national agreement. <u>See</u> ~~Def. Stmt. Mat. Facts at ¶¶ LL, MM~~ **USPS Ex. 5, Poole Decl. ¶ 3 & Attach. 1 (APWU and USPS, Case No. AC-N 6922, at 5 (July 3, 1990) (Snow, Arb.))**."

"her appointment, the Postal Service is not aware of one. ~~Id. ¶ KK~~ **USPS Ex. 3, Rachel Decl. ¶ 12**.


¶27
"when the parties submitted to him. <u>See</u> ~~Def. Stmt. Mat. Facts at ¶¶ LL (~~ **USPS Ex. 5,** Poole Decl. ...."

"commencing on November 15, 1988. Id. ~~at CCC (~~ ¶ 3 & Attach. 1 (Case 6922 at 5, 6, 8); Attach. 2 ...."


¶35
"by the 1999 Unit Clarification Settlement. <u>See</u> ~~Def. Stmt. Mat. Facts at ¶X (citing~~ USPS Ex. 3 ...."


¶37
"arbitration. <u>See</u> Def. Stmt. Mat. Facts at ¶ ~~BB~~ **N**."


¶39
"cases will be arbitrated. <u>See</u> Def. Stmt. Mat. Facts at ¶ ~~H~~ **U**."


¶40
"defining bargaining unit work in the Postal Service. <u>See</u> ~~Def. Stmt. Mat. Facts at ¶ Z (~~ **USPS**

2

**Ex. 3,** Rachel Decl. ¶ 11). Arbitrator Snow ...."

"grievances other than the six set forth in the settlement to Arbitrator Snow. ~~Id. ¶ GG~~ **See Def. Stmt. Mat. Facts at ¶ S** (citing USPS Ex. 4, ...."

"arbitrator possessed these particular characteristics. Id. ¶ ~~HH~~ **T** (citing Stanton Decl. ¶ ...."

¶41
"~~The files my office maintains contains a draft of the appointment letter showing the insertion of that limiting phrase.~~ See ~~Def. Stmt. Mat. Facts at ¶ X (~~ **USPS Ex. 3,** Rachel Decl. ..."

Dated: March 30, 2007      Respectfully submitted,

           Jeffrey Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

           Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

      s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0895/FAX (202) 514-8780
sherease.louis@usdoj.gov

OF COUNSEL:
Peter J. Henry
Labor Counsel
United States Postal Service

3