UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN POSTAL WORKERS UNION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 04-1404 (HHK) |
| ) | 05-1771 (HHK) |
| v. ) | |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of the parties cross motions for summary judgment, the entire record herein, and for the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED that Plaintiff's motion is DENIED, and it is

FURTHER ORDERED that the Defendant's motion is GRANTED, and it is

FURTHER ORDERED that this case is dismissed with prejudice. This is a final and appealable order.

So ordered.  This _____ day of _____, 2007.


_____
HENRY H. KENNEDY
United States District Judge