UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　　　　Defendant. | Civil Action 04-01404 (HHK)<br>Civil Action 05-01771 (HHK) |

**JUDGMENT**

For the reasons articulated in the court's memorandum opinion docketed this same day, it is this 7th day of August, 2007, hereby

**ORDERED** that **JUDGMENT** is entered in favor of defendant and against plaintiff.


　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge